United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

B. R.,

           Plaintiff,

     v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

           Defendants.

Case No.  26-cv-00502-LB

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Re: Dkt. No. 24-cv-06580-YGR

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States

District Judge Yvonne Gonzalez Rogers, to consider whether the case is related to case number

4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: January 26, 2026

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-00502-LB